United States District Court
Southern District of California
Office of the Clerk
Re: Civil No. 07-2101 IEG (LSP)

FILED
2007 NOV 20 PM 3:34
BY _____ DEPUTY
NUNC PRO TUNC
NOV 19 2007

Dear Clerk of the Court,

Greetings... This is a matter of great concern, as my complaint is against many and numerous officials in the prison in which I am incarcerated, I'm finding it difficult to obtain the documents needed and accommodations in which I need to file them. Regarding the Certified Trust Account Statement for my Motion to Proceed "In Forma Pauperis", this said document was processed -via- Law Library on 11-13-07.

Also, I'd like to add enclosed medical records to be attached to complaint, § 1983 civil rights action, to be included thereof. — Thank You

Ronald Chrisman C-55010
P.O. Box 799001
San Diego, CA 92179-9001

California Department of Corrections and Rehabilitation — Division of Correctional Health Care Services
RJD Correctional Facility — Encounter Form: Musculoskeletal Complaint (Non-Traumatic)

Name: Chapman, Ronald   CDC#: C55029   DOB: 7/12/59   Date/Time: 9/29/06 @ 1345

Fill in the blanks and check all that apply

## SUBJECTIVE:

Chief Complaint: pain
Date and time of onset: x 2 days
Pain: Scale of 0-10 (0=no pain 10=worst pain): 7/10
Area of pain: (L) 5th finger, low back
Quality of pain: constant throbbing pain
What makes it better? ∅
History of prior pain / duration: fell out of bunk 2 wks ago, hit the floor

☒ Low back pain   ☐ Flank pain
Urinary symptoms: ☐ Urinary frequency   ☐ Dysuria
☐ Burning on urination   ☐ Hematuria
☒ Muscle spasms   ☒ Numbness   ☒ Tingling
Other: low back c numbness/tingling to (L) LE
History of chronic illness: ☐ Arthritis   ☐ Cancer
☐ Diabetes   ☐ Blood dyscrasias   ☐ Renal Disease
Other: seizure D/O
History of: ☐ Fever   ☐ Chills   ☐ Headache
☐ Nausea/Vomiting   ☐ Diarrhea   ☐ Fatigue
☐ Recent Trauma: Describe: _____

☐ Other: _____

Allergies: Dilantin
Current medications: Phenobarbital

## OBJECTIVE:

☒ Awake, alert, oriented to person, place, time
Vital signs: BP: 141/81   Pulse: 57   Resp: 18
Temp: 99.5   ☐ Urine dipstick
Results of dipstick / urinalysis: _____

Assess areas involved:
Extremity: ☐ Upper  ☐ Lower  ☐ Right  ☒ Left  5th finger
Describe: Color: bruised
☐ Warmth   ☒ Tenderness   ☒ Swelling
☐ Deformity   ☐ Circulation   ☐ Sensation
☒ ROM   Describe: limited

Muscle: ☐ Atrophy   ☐ Hypertrophy   ☐ Weakness
☐ Tremors
Gait / Stance (describe): normal/steady

## ASSESSMENT:

☐ Impaired physical mobility related to: _____
☒ Pain related to / evidenced: verbalization of (L) 5th finger pain

## PLAN:

MD referral completed: (circle) NO / YES  If yes:
☐ STAT (Positive urine dipstick and patient has signs and symptoms consistent with a UTI; alterations in circulation or sensation, new deformity or discoloration, or patient appears ill or has history of fever, chills, headache, nausea, vomiting, or diarrhea; severe muscle cramps; muscle weakness with or without fever; warm or acutely swollen, joints)
☐ Urgent   ☒ Routine
☐ Orders received by phone from POC
Physician notified (name & time) _____
Physician Responded (time) _____

MUSCLE CRAMPS / EXTREMITY PAIN
☐ Acetaminophen 325mg 2 tabs PO Q4-6 hours PRN pain while symptoms persist; not to exceed 12tabs/24hr
☒ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while symptoms persist; not to exceed 6 tabs/24hrs
☐ Naproxen Sodium 220mg 2 tabs PO 1st hour; 1 tab Q8-12 hrs PRN pain while symptoms persist; not to exceed 3 tab/24hr
☒ Activity as tolerated.

JOINT PAIN / LOW BACK PAIN
☐ Apply (circle one) ice or heat as appropriate.
☐ Acetaminophen 325mg 2 tabs PO Q4-6 hours PRN pain while symptoms persist; not to exceed 12 tab/24hrs
☐ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while symptoms persist; not to exceed 6 tab/24 hrs
☐ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab PO Q8-12 hrs PRN pain while symptoms persist; not to exceed 3 tab/24hrs
☐ Activity as tolerated.
☐ Treatment given per RN Protocol:

## EDUCATION:

Patient instructed in:   ☒ Use of medications
☒ Level of activity
☒ Patient Health Care Education Forms given to patient: (specify) Back pain
☒ Resubmit a Health Care Service Request Form (CDC 7362) if symptoms persist, deteriorate, increase in swelling or pain; decreased ROM or CSM; or symptoms worsen
☒ Patient verbalized understanding of instructions

Signature / Title: ___ Marquez, RN

ENCOUNTER FORM: MUSCULOSKELETAL COMPLAINTS (NON-TRAUMATIC)
CDC XXXX                                                                                           8/05

California Department of Corrections and Rehabilitation — Division of Correctional Health Care Services
RJD Correctional Facility   Encounter Form: Musculoskeletal Complaint (Non-Traumatic)
Name: Christman, Ronald   CDC# C55019   DOB: 7/13/59   Date/Time: 9/20/06 @ 1245

Fill in the blanks and check all that apply

## DISPOSITION:

Time released: 1300
[x] Condition on release: — same
[x] Returned to housing unit — ambulatory
[ ] Housing reassignment to: ____
[x] Referred for follow-up
　　[x] Physician clinic   [ ] RN clinic   2 wks.
[ ] Referred to higher level of care: (specify) ____

Person/time contacted: ____
Time/Mode of transfer: ____
ERV contacted (time): ____
ERV arrived (time): ____

Reports chronic low back pain × [problem] since 1989. Chronic back injury 2° auto accident. Requesting pain meds & medication. C̄ order from Dr. [illegible] for x-ray ® 5th finger. Ibuprofen 800 mg [TID] ordered for back pain & Panadol [Forte] 500 mg po TID × 10 days.

List name(s) of RN Protocols used: ____

Signature / Title: [signature], RN

ENCOUNTER FORM: MUSCULOSKELETAL COMPLAINTS (NON-TRAUMATIC)   8/05
CDC XXXX



Technical Services Provided by:

**R.J. DONOVAN CORRECTIONAL FACILITY**
480 Alta Road
San Diego, CA 92179

**PATIENT NAME:** CHRISMAN, RONALD
**DOB:** 07/13/59
**ID#:** C-55019
**REFERRED BY:** RICHARDS
**EXAM DATE:** 10/05/06

73140  THREE VIEW LEFT FIFTH FINGER

**FINDINGS:** There is a mildly displaced fracture at the base of the fifth middle phalanx extending into the fifth PIP. There is mild dorsal displacement.

**IMPRESSION: Mildly displaced fracture, fifth middle phalanx.**

Louise O'Shaughnessy, M.D.

D: 10/06/06
T: 10/06/06
zi/brr

# CHRONIC CARE FOLLOW-UP VISIT

☐ Continuation progress note attached

List chronic diseases: (1) _Asthma_; (2) _Seizure_; (3) _____

**HISTORY:**

o Pharmacy profile attached (or list current medications here) _____

_____ RN/MTA Signature

**Complaints/Problems:**

CV / Hypertension: Chest Pain: Yes ☐ No ☒    SOB: Yes ☐ No ☒

Diabetes Mellitus: # of hypoglycemic reactions since last visit: _____

Seizure Disorder: # seizures since last visit: _0_

**Asthma:**
# attacks since last visit: _0_
# short acting beta agonist canisters in last month: _1_
# visits to ETA for asthma since last visit: _0_
# times awakening with asthma symptoms per week: _0_

**All CCP Conditions:** other new symptoms: Yes ☒  No ☐  (if YES, please explain) _____

Additional History: _R 5th finger contusion 9/23/06 — X-ray — Fx (R) 9th finger middle phalanx_
_0 seizures_
_c/c chronic LBP_

CCP compliance with medications: yes ☒ no ☐    diet: yes ☒ no ☐    exercise: yes ☒ no ☐
If no, describe:

**EXAM: HEENT:** _perrla, sclera icteric_    Extremities/Pulses/Skin Changes: _(L) swelling, bruising (R)_

**Neck:** _⊘ JVD, ⊘ Bruits_    **Neuro:** _CN 2-12 intact, non-focal_

**Lungs:** _CTA (B)_    **Rectal/Other (specify):** _⊘_

**Heart:** _RR, 2 snd, no s/s_

**Abdomen:** _soft, not tender (B)S+_

Comments on BP, Glucose Monitoring, Lab Values
_X-ray mildly displaced Fx_
_(R) middle phalanx_
_9/23/06_

**ASSESSMENT:**

| | Degree of Control | | | | Clinical Trend | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1. _Asthma_ | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2. _Seizure_ | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 3. _(R) 9th finger Fx_ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ |

**PLAN:** _Chronic LBP_

Primary Care Flow Sheet Reviewed: ☒

**Medications:** _cont meds, give Tx for 2 weeks / tylenol 500 BID_

**Lab/Diagnostics:** _Fasting lipid, PSA, CBC_

**Other:**

**Monitoring:** ☐ BP: _____ X week/month    ☐ Glucose: _____ X day/week/month    ☐ Other: _____

**Education Provided:** ☒ Nutrition  ☒ Exercise  ☐ Smoking  ☐ Test Results  ☒ Medication Management  ☐ Other: _____

**Referral:** ☐ Specialist (specify): _Ortho_    ☐ Other Chronic Care Program (specify): _____
☒ High Priority

**# days to next visit:** ☒ 30  ☐ 60  ☐ 90  ☐ 180  ☐ Other: ___    ☐ Discharge from CCP (specify disease): _____

Primary Care Provider Signature _____    Date _10/12/06_

OUTPATIENT INTERDISCIPLINARY PROGRESS NOTES

CDCR NUMBER, NAME (LAST, FIRST, MI), INSTITUTION AND DATE OF BIRTH
_C-55019_
_CHRISMAN, Ronald_

STATE OF CALIFORNIA                                        DEPARTMENT OF CORRECTIONS

ALVARADO HOSPITAL MEDICAL CENTER/SDRI
San Diego, California 92120

Visit #: **3053490**
MR #: **000331868**
Patient: **CHRISMAN, RONALD**
Location: **SC2**
Admitting Physician:
Admit Date: **10/30/2006**

Page 1 of 2

**STAT PREOPERATIVE HISTORY & PHYSICAL**

**IDENTIFICATION:** This is the first Alvarado Hospital admission for this 47-year-old male.

**HISTORY OF INJURY:** Mr. Chrisman is an inmate at R. J. Donovan State Prison. He is status post fracture of his left 5th finger. This is a displaced fracture, and he is therefore being admitted at this time for open reduction and internal fixation of the fracture.

**PAST MEDICAL HISTORY:** Please refer to the chart.

**PHYSICAL EXAMINATION:**

HEENT: Within normal limits.

CHEST: Clear.

HEART: Regular rhythm, no murmurs.

ABDOMEN: Soft, no masses or tenderness.

EXTREMITIES: Examination of the left 5th finger reveals soft tissue swelling and tenderness diffusely in the finger. There is pain with any

ALVARADO HOSPITAL MEDICAL CENTER/SDRI
San Diego, California 92120

**STAT PREOPERATIVE**
**HISTORY & PHYSICAL**

Visit #: **3053490**
MR #: **000331868**
Patient: **CHRISMAN, RONALD**
Location: **SC2**
Admitting Physician:
Admit Date: **10/30/2006**

Page 2 of 2

attempts at range of motion of the finger. The soft tissue swelling and tenderness is primarily in the middle in the area of the PIP joint.

**IMPRESSION:** Displaced fracture, left 5th finger, middle phalanx.

**PLAN:** He is to undergo open reduction and internal fixation of this fracture on 10/30/2006. The risks and complications have been discussed fully, which include but are not limited to infection, bleeding, persistent pain, weakness, and stiffness as well as tendon, vessel, or nerve damage. He understands all of these considerations and wishes to proceed with the surgery.

DGS:cymed
D: 10/28/2006 (2209)
T: 10/29/2006 (0015)
Job 930247

_____
DAVID G. SMITH, MD

STATE OF CALIFORNIA  
**MEDICAL/DENTAL LAY-IN ORDER**

DEPARTMENT OF CORRECTIONS

| INMATE'S NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Chrisman, Ronald | C55019 | |

ABOVE SUBJECT MUST BE CONFINED TO BED FOR MEALS, MEDICATION, AND SICK CALL.

LAY-IN NUMBER

x 10 days   10/30/06 — 11/9/06

SIGNATURE OF M.D., R.N., M.T.A., D.D.S., R.D.A.

_[signature]_   6/30/06

C.C: WORK ASSIGNMENT SUPERVISOR  
HOUSING UNIT

**CDC 7257 (Rev 6/97)**

# CHRONIC CARE FOLLOW-UP VISIT   ☐ Continuation progress note attached

List chronic diseases: (1) _Asthma_ ; (2) _Seizure Disorder_ ; (3) _Hep C_

HISTORY:    4) 5th digit Fx

☒ Pharmacy profile attached (or list current medications here) _____

_____ RN/MTA Signature

**Complaints/Problems:**
CV / Hypertension: Chest Pain: Yes ☐ No ☒   SOB: Yes ☐ No ☒
Diabetes Mellitus: # of hypoglycemic reactions since last visit: ___
Seizure Disorder: # seizures since last visit: _0_

**Asthma:**
# attacks since last visit: _0_
# short acting beta agonist canisters in last month: _1_
# visits to ETA for asthma since last visit: _0_
# times awakening with asthma symptoms per week: _0_

All CCP Conditions: other new symptoms: Yes ☐ No ☐ (if YES, please explain) _____

Additional History  _47 yo male s/p (L) 5th digit Fx s/p ORIF -_
_ø seizures x 7 months - has sutures in place_

CCP compliance with medications: yes ☒ no ☐   diet: yes ☒ no ☐   exercise: yes ☒ no ☐
If no, describe:

EXAM:
HEENT: _PERRL, oropharynx clear_
Neck: _ø JVD, ø bruits_
Lungs: _CTA (B)_
Heart: _RRR, S1 S2, no murmur_
Abdomen: _soft, nontender, ø BS_

Extremities/Pulses/Skin Changes: _(L) 5th digit mild edema c/ cicatrix_
Neuro: _CN 2-12 intact, nonfocal_
Rectal/Other (specify): _ø_

Comments on BP, Glucose Monitoring, Lab Values
_BP 131/83  P 75_

**ASSESSMENT:**

| | Degree of Control | | | | Clinical Trend | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1. Asthma | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2. Seizure d/o | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 3. (L) 5th digit Fx s/p ORIF | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

PLAN: _LBP = Robaxin_      Primary Care Flow Sheet Reviewed: ☐
Medications: _Neurontin 900mg qhs_
Lab/Diagnostics: _- PSA_
Other:

Monitoring: ☐ BP: ___ X week/month  ☐ Glucose: ___ X day/week/month  ☐ Other: ___

Education Provided: ☒ Nutrition  ☒ Exercise  ☐ Smoking  ☒ Test Results  ☒ Medication Management  ☐ Other: ___

Referral: ☐ Specialist (specify): ___      ☐ Other Chronic Care Program (specify): ___
☐ High Priority

# days to next visit: ☒ 30  ☐ 60  ☐ 90  ☐ 180  ☐ Other: ___   ☐ Discharge from CCP (specify disease): ___

Primary Care Provider Signature _____ Date _11/6/06_

OUTPATIENT INTERDISCIPLINARY PROGRESS NOTES

CDCR NUMBER, NAME (LAST, FIRST, MI), INSTITUTION AND DATE OF BIRTH
C55019
Chrisman, Ronald
7/13/59

## NIC CARE FOLLOW-UP VISIT

☐ Continuation progress note attached

List chronic diseases: (1) Seizure do. ; (2) Asthma ; (3) Hep C
4) LBP
5) (L) 5th digit Fx
HISTORY: Gerd

o Pharmacy profile attached (or list current medications here) _____
_____ RN/MTA Signature

**Complaints/Problems:**
CV / Hypertension: Chest Pain: Yes ☐ No ☒   SOB: Yes ☐ No ☒
Diabetes Mellitus: # of hypoglycemic reactions since last visit: ____
Seizure Disorder: # seizures since last visit: 0

**Asthma:**
# attacks since last visit: ____
# short acting beta agonist canisters in last month: ____
# visits to ETA for asthma since last visit: ____
# times awakening with asthma symptoms per week: ____

All CCP Conditions: other new symptoms: Yes ☐ No ☐ (if YES, please explain) ____
Additional History — pt c̄ Jo pain (L) 5th digit — pt never received
pain med in PC clinic 11/20/06 — order written & sent
c/o sinus congestion

CCP compliance with medications: yes ☒ no ☐   diet: yes ☒ no ☐   exercise: yes ☒ no ☐
If no, describe:

EXAM: HEENT: [illegible]   Extremities/Pulses/Skin Changes: [illegible]
Neck: [illegible]   Neuro: CN 2-12 [illegible]
Lungs: CTA(B)   Rectal/Other (specify): [illegible]
Heart: RRR S1 S2 no m/r/g

Abdomen: soft nt/nd ⊕ BS

Comments on BP, Glucose Monitoring, Lab Values
BP 127/75   P 78

ASSESSMENT:

| | Degree of Control | | | | Clinical Trend | | |
|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1. Seizure d/o | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2. Asthma | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 3. PUD/GERD | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Primary Care Flow Sheet Reviewed: ☒

PLAN: 1 Hep C — pending 2006
Medications: (L) 5th digit Fx
Lab/Diagnostics: T#3 2 BID 1m x 3 ref

Other:
Monitoring: ☐ BP: ____ X week/month   ☐ Glucose: ____ X day/week/month ☐Other: ____
Education Provided: ☒ Nutrition ☒ Exercise ☐ Smoking ☒ Test Results ☒ Medication Management ☐ Other ____
Referral: ☐ Specialist (specify): Hand ortho appt   ☐ Other Chronic Care Program (specify): ____
         ☐ High Priority
# days to next visit: ☒ 30  ☐ 60  ☐ 90  ☐ 180 ☐Other: ____   ☐ Discharge from CCP (specify disease): ____

Primary Care Provider Signature _____   Date 12/8/06

OUTPATIENT INTERDISCIPLINARY PROGRESS NOTES

CDCR NUMBER, NAME (LAST, FIRST, MI), INSTITUTION AND DATE OF BIRTH
C55019
Chrisman, Ronald



**Technical Services Provided by:**

**R.J. DONOVAN CORRECTIONAL FACILITY**
480 Alta Road
San Diego, CA 92179

| | |
|---|---|
| **PATIENT NAME:** | CHRISTMAN, RONALD |
| **DOB:** | 07/13/59 |
| **ID#:** | C-55019 |
| **REFERRED BY:** | SMITH |
| **EXAM DATE:** | 12/21/06 |

73140  THREE VIEW RIGHT FIFTH FINGER

**COMPARISON:** 10/23/06

**FINDINGS:** There has been interval placement of surgical pins traversing the fracture at the base of the fifth middle phalanx. Callus formation is present.

**IMPRESSION: Status post fixation, fifth middle phalangeal fracture.**

Louise O'Shaughnessy, M.D.

D: 12/22/06
T: 12/24/06
zi/brr

CARE FOLLOW-UP VISIT                          □ Continuation progress note attached

List chronic diseases: (1) _Seizure d/o_; (2) _Asthma_; (3) _HCP_
HISTORY: 4) _LBP_        5) _5th digit Fx_
□ Pharmacy profile attached (or list current medications here) _____
_____ RN/MTA Signature

**Complaints/Problems:**
CV / Hypertension: Chest Pain: Yes ☐ No ☑   SOB: Yes ☐ No ☑
Diabetes Mellitus: # of hypoglycemic reactions since last visit: ____
Seizure Disorder: # seizures since last visit: _0_

**Asthma:**
# attacks since last visit: _0_
# short acting beta agonist canisters in last month: _1_
# visits to ETA for asthma since last visit: _0_
# times awakening with asthma symptoms per week: _0_

All CCP Conditions: other new symptoms: Yes ☑ No ☐ (if YES, please explain) _____
Additional History: _47 y/o white male - hx seizure d/o (depakote_
_x several years, asthma, allergy, HCP_
_s/p 02/15 (L) 5th digit Fx - some pain - referred to neurosurg_
_No LBP  spasm_

CCP compliance with medications: yes ☑ no ☐   diet: yes ☑ no ☐   exercise: yes ☑ no ☐
If no, describe:

EXAM: HEENT: _perrla, PIC_                         Extremities/Pulses/Skin Changes: _s/o acc_
                                                   _(L) 5th digit Fx_
Neck: _s/no JVD no bruits_                         Neuro: _CN 2-12 intact non focal_
Lungs: _CTA (B)_                                   Rectal/Other (specify): _0_
Heart: _RRR s mur r/c/s_                           Comments on BP, Glucose Monitoring, Lab Values
Abdomen: _soft nt/nd  +BS_                         _BP - 117/79_
                                                   _PSA - 0.35_  _PF600_

| ASSESSMENT: | Degree of Control | | | | Clinical Trend | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1. _Seizure_ | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 2. _Asthma_ | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 3. _HCP_ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☑ |

PLAN: _(L) 5th dig Fx_                         Primary Care Flow Sheet Reviewed: ☑
Medications: _referral neurosurg exist, depakote 250 tid_
Lab/Diagnostics: _ANA, ferritin, CBC, TSH, PT, PTT liver/bowel/ceury_
Other:
Monitoring: ☐ BP: _____ X week/month   ☐ Glucose: _____ X day/week/month ☐ Other: ___
Education Provided: ☑ Nutrition ☑ Exercise ☐ Smoking ☑ Test Results ☑ Medication Management ☐ Other ___
Referral: ☐ Specialist (specify): _has consult_      ☐ Other Chronic Care Program (specify): ____
         ☐ High Priority            _Fx_
# days to next visit: ☑ 30 ☐ 60 ☐ 90 ☐ 180 ☐ Other: ___  ☐ Discharge from CCP (specify disease): ___
Primary Care Provider Signature _____ Date _1/10/05_

OUTPATIENT INTERDISCIPLINARY PROGRESS NOTES | CDCR NUMBER, NAME (LAST, FIRST, MI), INSTITUTION AND DATE OF BIRTH
_C55019_
_Chrisman Ronald_

RE: CHRISMAN, Ronald
Date of Examination: January 17, 2007
CDCR No: C55019

Mr. Chrisman is status post ORIF left fifth finger on October 30th. He brings in one of the pins which he states "fell out". There were 2 pins in place. However, we do not have an x-ray tech here tonight. I told him to begin some range of motion exercises to the finger which is quite stiff. I will see him back on January 29th. Hopefully we will have an x-ray tech at that time and we can get a follow up x-ray.

David G. Smith, M.D.
Diplomate, American Board of Orthopaedic Surgery
Fellow, American Academy of Orthopaedic Surgeons
Qualified Medical Examiner, State of California

DGS:seg

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 1/29/07 | | | Tylenol #3 T TID x 30 |
| | | | RTC 4-6 WKS |
| | | | Motrin 800mg TID x 30 |
| | | | [signature] Smith |
| | | | [signature] David 1/29/07 2100 |

ALLERGIES:

INSTITUTION: RJDCF

ROOM/WING: 1-104L

CDC NUMBER, NAME (LAST, FIRST, MI):
CHRISMAN
C55019

Confidential
client information
See W & I Code, Sections 4514 and 5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA    OSP 05 93459    DEPARTMENT OF CORRECTIONS



**Technical Services Provided by:**

**R.J. DONOVAN CORRECTIONAL FACILITY**
480 Alta Road
San Diego, CA 92179

| | |
|---|---|
| **PATIENT NAME:** | CHRISMAN, RONALD |
| **DOB:** | 07/13/59 |
| **ID#:** | C-55019 |
| **REFERRED BY:** | RICHARDS/SMITH |
| **EXAM DATE:** | 01/29/07 |

73140  LEFT LITTLE FINGER

**COMPARISON:** 12/21/06

**FINDINGS:** Surgical pins have been removed from the little left fifth finger middle phalangeal fracture site. Fracture is healed with some deformity.

**IMPRESSION: Healed left fifth middle phalanx fracture following pin removal.**

J Sokoloff, M.D.

D: 01/30/07
T: 01/30/07
zi/brr

6386 Alvarado Court, Suite 121   San Diego, CA 92120
Tel 619.229.6555   Fax 619.229.6560



**Technical Services Provided by:**

**R.J. DONOVAN CORRECTIONAL FACILITY**
480 Alta Road
San Diego, CA 92179

| | |
|---|---|
| **PATIENT NAME:** | CHRISMAN, RONALD |
| **DOB:** | 07/13/59 |
| **ID#:** | C-55019 |
| **REFERRED BY:** | NAVAMANI |
| **EXAM DATE:** | 02/22/07 |

73130  THREE VIEW LEFT HAND

**FINDINGS:** There is what is likely a healed fracture deformity of the proximal half of the fifth middle phalanx with an intraarticular extension to the PIP joint. PIP joint is markedly narrowed. Remainder of the hand is normal.

**IMPRESSION:** Healed fracture deformity, fifth middle phalanx, with secondary arthritic change, PIP joint.

J Sokoloff, M.D.

D: 02/27/07
T: 02/27/07
zi/brr

STATE OF CALIFORNIA | HEALTH CARE SERVICES PHYSICIAN REQUEST FOR SERVICES | DEPARTMENT OF CORRECTIONS

ENTERED

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | CDC NUMBER | INSTITUTION |
|---|---|---|
| Chrisman, Ronald | C55019 | RJD |

| DATE OF BIRTH | EPRD DATE | GENDER |
|---|---|---|
| 7-13-1959 | | M |

PRINCIPLE DIAGNOSIS: Nasal Septal Reconstruction / turbinate reduc  ICD-9 CODE: 848.0  CPT CODE(S):

REQUESTED SERVICE(S): ENT       # OF DAYS RECOMMENDED:

Please circle all that apply: Diagnostic Procedure/Consultation    Outpatient/Inpatient    Initial/Follow-up

Requested Treatment/Service is: EMERGENT    URGENT    (ROUTINE)

For the purpose of retrospective review, if emergent or urgent, please justify: _____

Proposed Provider: Goodman    Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant): Per reconsult on visit 5/4/2007

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc): _____

| REQUESTING PHYSICIAN PRINTED NAME | (APPROVED) / AUTHORIZED / DENIED / DEFERRED BY | DATE 5/11/07 |
|---|---|---|
| Dr. Dugan | | |
| REQUESTING PHYSICIAN SIGNATURE | DATE 5/10/07 | Utilization management tracking # UR-1495 |

DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT

FINDINGS: Surgery 7-30-07

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | Chrisman, Ronald |
| PCP SIGNATURE L. DUGAN, MD-RJDCF | DATE 7-26-07 | C55019 |

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

ORIGINAL

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN    - TO UHR PENDING ORIGINAL
CANARY   - CONSULTANT
PINK     - UM
GOLD     - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)    CDC 7243 (Rev. 11/02)

STATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

ENTERED

| PATIENT NAME Chrisman Ronald | CDC NUMBER C55019 | INSTITUTION RJD |
|---|---|---|
| DATE OF BIRTH 7-13-1959 | EPRD DATE | GENDER M |
| PRINCIPLE DIAGNOSIS Left 5th finger partial amputation | ICD-9 CODE | CPT CODE(S) |
| REQUESTED SERVICE(S) Surgery | | # OF DAYS RECOMMENDED |

Please circle all that apply: Diagnostic Procedure/Consultation    (Outpatient)/Inpatient    Initial (Follow-up)

Requested Treatment/Service is:    EMERGENT    URGENT    (ROUTINE)

For the purpose of retrospective review, if emergent or urgent, please justify: _____

Proposed Provider: Smith                                                    Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant): per ortho recommended

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME LG DUGAW | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE 5/11/07 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 5-10-07 | Utilization management tracking # 07-1474 |
| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT | |

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | Chrisman, Ronald<br>C55019 |
| PCP SIGNATURE | DATE | |

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN     - TO UHR PENDING ORIGINAL
CANARY   - CONSULTANT
PINK         - UM
GOLD       - SPECIALTY SCHEDULER

ORIGINAL

PHYSICIAN REQUEST FOR SERVICES (RFS)        CDC 7243 (Rev. 11/02)