UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
2007 NOV 20 PM 3:33
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: [X] U.S. DISTRICT JUDGE / [ ] U.S. MAGISTRATE JUDGE Gonzalez
FROM: R. Mullin, Deputy Clerk   RECEIVED DATE: 11/19/2007
CASE NO.: 07cv2101 IEG (LSP)   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Chrisman v. Smith, et al
DOCUMENT ENTITLED: Exhibits (Medical Records) to Complaint Filed 11/2/2007

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| X | | **Supplemental documents require court order** |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ✓ | | OTHER: Case dismissed per Order dated 11/8/07 [Doc. No. 4]. To re-open case, π must comply w/ 11/8/07 Order. However, Exhibits shall be attached to Complaint, but case to remain closed until Plaintiff complies w/ Order. |

Date forwarded: 11/19/2007

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

[✓] The document is to be filed nunc pro tunc to date received. Pls. attach as Exhibits to Complaint [Doc. No. 1]; Case to remain closed per 11/8/07 Order.

[ ] The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? [ ] Yes.   Court Copy retained by chambers [ ]

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Chief Judge Gonzalez

Dated: 11/20/07   By: KMB, PSLC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]