RONALD CHRISMAN
PLAINTIFF/PETITIONER/MOVANT'S NAME
C=55019
PRISON NUMBER
R.J.DONOVAN CORRECTIONAL FACILITY

PLACE OF CONFINEMENT
P.O.BOX 7990001

ADDRESS
SAN DIEGO, CA. 92179-9001

FILED

2007 NOV 26 PH 4:49

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

**NUNC PRO TUNC**

**NOV 21 2007**

# United States District Court
## Southern District Of California

RONALD CHRISMAN
C=55019
                                        ,
            Plaintiff/Petitioner/Movant

DAVID SMITH M.D.
                                        ,
            Defendant/Respondent

Civil No. 07CV 2101 IEG (LSP)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER
PENALTY OF PERJURY IN SUPPORT
OF MOTION TO PROCEED IN FORMA
PAUPERIS**

I, RONALD CHRISMAN C-55019

declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? [X] Yes [ ] No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration    R.J.DONOVAN CORRECTIONAL FACILITY
    Are you employed at the institution?    [ ] Yes [X] No
    Do you receive any payment from the institution?    [ ] Yes [X] No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                            ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

_____

_____

_____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   RECEIVED S.S.I. SINCE 1985

_____

_____

_____

3. In the past twelve months have you received any money from any of the following sources?:

   a.  Business, profession or other self-employment  ☐ Yes ☒ No
   b.  Rent payments, royalties interest or dividends  ☐ Yes ☒ No
   c.  Pensions, annuities or life insurance  ☐ Yes ☒ No
   d.  Disability or workers compensation  ☐ Yes ☒ No
   e.  Social Security, disability or other welfare  ☐ Yes ☒ No
   e.  Gifts or inheritances  ☐ Yes ☒ No
   f.  Spousal or child support  ☐ Yes ☒ No
   g.  Any other sources  ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.   ∅

_____

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:       Year:       Model:
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☒ No
If "Yes" describe the property and state its value._____

_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.    NO ONE

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
NONE

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):
NO ASSETS

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

INCARCERATED NO DAY TO DAY EXPENSES.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

NOV.19,2007

DATE

SIGNATURE OF APPLICANT

RONALD CHRISMAN C-55019

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

**PRISON CERTIFICATE**
**(Incarcerated applicants only)**
(To be completed by the institution of incarceration)

I certify that the applicant  Ronald Chrisman ,
(NAME OF INMATE)

C 55019
(INMATE'S CDC NUMBER)

has the sum of $  0  on account to his/her credit at

Richard J. Donovan Correctional Facility
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities  N/A

to his/her credit according to the records of the aforementioned institution. I further certify that **during**

**the past six months** the applicant's *average monthly balance* was $  0  ,

and the *average monthly deposits* to the applicant's account was $  0  .

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT
STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD
IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

11-14-2007
DATE

C. Rodriguez
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

C. Rodriguez
OFFICER'S FULL NAME (PRINTED)

Account Clerk II
OFFICER'S TITLE/RANK

# CERTIFIED STATEMENT OF TRUST ACCOUNT

I, __RONALD CHRISMAN__ , __C-55019__ , __F-1-1-116__
Name:                              CDC #:              Housing Unit
am seeking to bring a civil action or appeal a judgment in
__U.S.DISTRICT COURT__ without prepayment of fees
Title of the Court: (i.e. U. S. District Court)
**(In Forma Pauperis)** pursuant to 28 U.S.C. 1915(a)(2).

Enter the caption for the legal action:

__RONALD CHRISMAN__           v.   __SMITH et al.__
Plaintiff:                              Defendant:
                              U.S.DISTRICT COURT
Address of the Court:         SOUTHERN DISTRICT OF CALIFORNIA

                              __880 FRONT ST., ROOM 4290__
                              __SAN DIEGO, CA. 92101-8900__

In order to proceed, a certified copy of my Trust Fund Account
must be submitted to the court of jurisdiction. I understand
that CDC regulations and the court require that the certified
copy be submitted directly to the Court from the Institution's
Accounting office. I request a statment be sent to the court.

Inmate Signature:

---

This form must be submitted to the Central Librarian who will log
the request in and forward the form to the Accounting office at
the institution for processing.

The Inmate Request For Certified Statement Of Trust Account was
received in the Central Library on, __11/13/07__ ,
                                        Date:
by _____
   Name of Librarian who logged request

---

A Certified Statement Of Trust Account for a six month period
from __03-01-2007__ through __3-14-2007__ for the above
     Date:                   Date:
identified inmate was processed through the Accounting Office at
the Richard J. Donovan Correctional Facility
on, __11-14-2007__ , by __C. Rodriguez__
    Date:                 Name of person processing

I, __C. Rodriguez__ declare that on, __11-14-2007__, I
   Name of person processing         Date:
deposited the Certified Statement of Trust Account in the United
States Postal Service addressed as follows.

Signed: _____
        Signature of employee mailing statement

REPORT ID: TS3030  .701                              REPORT DATE: 11/14/07
                                                     PAGE NO:        1

                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            R.J.DONOVAN CORR. FACILITY
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: MAR. 01, 2007 THRU NOV. 14, 2007

ACCOUNT NUMBER : C55019              BED/CELL NUMBER: F10100000000116L
ACCOUNT NAME   : CHRISMAN, RONALD         ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                         TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                         CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|------------|-----------|-------------|---------|-------------|
| 02/02/2007 | H110 | COPIES HOLD | 3200/SEP06 | 1.20 |
| 02/02/2007 | H110 | COPIES HOLD | 3200/NOV06 | 0.30 |
| 03/23/2007 | H110 | COPIES HOLD | 3980/MAR07 | 0.50 |
| 04/20/2007 | H110 | COPIES HOLD | 4373/MAR07 | 0.80 |
| 04/20/2007 | H110 | COPIES HOLD | 4373/MAR07 | 3.05 |
| 04/20/2007 | H110 | COPIES HOLD | 4373/APR07 | 1.65 |
| 05/17/2007 | H110 | COPIES HOLD | 4851/APR07 | 3.15 |
| 05/17/2007 | H110 | COPIES HOLD | 4851/APR07 | 0.10 |
| 05/17/2007 | H110 | COPIES HOLD | 4851/APR07 | 1.75 |
| 05/17/2007 | H110 | COPIES HOLD | 4851/APR07 | 0.70 |
| 05/17/2007 | H110 | COPIES HOLD | 4876/MAY07 | 1.10 |
| 05/17/2007 | H110 | COPIES HOLD | 4876/MAY07 | 0.60 |
| 05/17/2007 | H110 | COPIES HOLD | 4876/MAY07 | 0.65 |
| 06/04/2007 | H110 | COPIES HOLD | 5165/MAY07 | 0.40 |
| 06/04/2007 | H110 | COPIES HOLD | 5165/MAY07 | 0.20 |
| 06/04/2007 | H110 | COPIES HOLD | 5165/MAY07 | 1.05 |
| 06/04/2007 | H110 | COPIES HOLD | 5165/MAY07 | 2.45 |
| 06/04/2007 | H110 | COPIES HOLD | 5165/MAY07 | 1.00 |

                         TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 20.65 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.                         CURRENT
ATTEST:        11-14-2007               AVAILABLE
CALIFORNIA DEPARTMENT OF CORRECTIONS    BALANCE
                                        --------------
BY                                            20.65-
   TRUST OFFICE                         --------------
                                        --------------