# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

December 18, 2007

Ronald Chrisman
R. J. Donovan
P. O. Box 799001
San Diego, CA 92179

RE:  Case Number 07cv2101-IEG(LSP), Chrisman v. Smith, et. al.

Dear Mr. Chrisman:

Enclosed you will find a conformed copy of your complaint that was filed on November 2, 2007 and a copy of the Order granting your petition to proceed in Forma Pauperis.

Also enclosed are copies of your original Complaint, summons and U.S. Marshal service forms.  It is your responsibility to complete the Marshal 285 forms and mail them together with the complaint and summons to the U.S. Marshal's office at the address given below.

You must provide the U.S. Marshal with a complaint, summons, and Marshal service form for each defendant to be served.  The U.S. Marshal must also receive a copy of the summons and complaint for their record keeping purposes.

Also enclosed is a certified copy of the order granting forma pauperis in this case.  It must be mailed to the U.S. Marshal with the complaint and summons package.

U. S. Marshals Office
U. S. Courthouse
940 Front Street
San Diego, CA  92189

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court
By:_____
J. Haslam ,  Deputy Clerk