1  Ronald Chrisman
2  819 S. 46TH ST.
3  San Diego, CA. 92113

IN RE:
CIVIL CASE No.
07-CV-2101-IEG..

FILED
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOTICE OF: CHANGE OF ADDRESS;
OF:   Ronald Chrisman C-55019
      R.J.D.C.F. P.O. BOX 799001
      San Diego, CA. 92179-8-...

Ronald Chrisman NOW RESIDES AT:

Ronald Chrisman          Tel: 619-264-2954
819 S. 46TH STREET
San Diego, CA. 92113

PLEASE TAKE NOTE, THIS INFORMATION IS VERY IMPORTANT AND MR. CHRISMAN, IS ALSO REQUESTING TO KNOW THE STATUS OF THE COMPLAINT FILED 11-2-07, 3:05 PM CIVIL CASE #: 3:07-C.V.-2101-IEG-LSP.

DATED: 3-17-08

SIGNED,
Ronald Chrisman

RONALD L. CHRISMAN
819 S. 46th STREET
SAN DIEGO, CA., 92113

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA, 92101-8900

URGENT:
LEGAL MAIL