1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  KRISTIN G. HOGUE
   Supervising Deputy Attorney General
3  DAVID F. TAGLIENTI, State Bar No. 131622
   Deputy Attorney General
4    110 West A Street, Suite 1100
     San Diego, CA 92101
5    P.O. Box 85266
     San Diego, CA 92186-5266
6    Telephone: (619) 645-2015
     Fax: (619) 645-2012
7    E-mail: David.Taglienti@doj.ca.gov

8  Attorneys for Defendants David Smith, M. Sheridan,
   M.X. McCurty, D. Koludrovic, Escalante, and
9  Marquez

10

11               UNITED STATES DISTRICT COURT

12               SOUTHERN DISTRICT OF CALIFORNIA

13

14  RONALD CHRISMAN,                         CASE NO.: 07cv2101IEG (LSP)

15                     Plaintiff,            NOTICE OF NON-
                                             ENUMERATED MOTION TO
                                             DISMISS UNDER RULE 12(b);
16       v.                                  MEMORANDUM OF POINTS
                                             AND AUTHORITIES IN
17                                           SUPPORT THEREOF;
    DAVID SMITH, M. SHERIDAN, M.X. McCURTY,  DECLARATIONS
18  D. KOLUDROVIC, K. HAWTHORNE, ESCALANTE,
    RICHARDS, MARQUEZ, JOHN/JANE DOE, AND    Date:   June 2, 2008
19  C. NAVAMANI,                             Time:   10:30 a.m.
                                             Courtroom: 1
20                     Defendants.
                                             Honorable Irma E. Gonzalez
21

22       TO PLAINTIFF RONALD CHRISMAN, *IN PRO SE*:

23       PLEASE TAKE NOTICE that on June 2, 2008, at 10:30 a.m., or as soon

24  thereafter as counsel may be heard, in Courtroom 1 of the above-entitled court, located at 880

25  Front Street, San Diego, California, before the Honorable Irma E. Gonzalez, United States

26  District Judge, Defendants David Smith, M. Sheridan, M.X. McCurty, D. Koludrovic, Escalante,

27  and Marquez will move this Court for an order dismissing the Complaint on the grounds Plaintiff

28  has not exhausted his administrative remedies under the Prison Litigation Reform Act and

                                  1

therefore the Complaint is subject to dismissal without prejudice under a non-enumerated motion to dismiss brought under Rule 12(b) of the Federal Rules of Civil Procedure.

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declarations of E. Franklin and N. Grannis, the papers and pleadings on file herein, and such oral and documentary evidence as shall be introduced at the time of the hearing, if any, on the motion.

## MOTION TO DISMISS

COME NOW Defendants David Smith, M. Sheridan, M.X. McCurty, D. Koludrovic, Escalante, and Marquez and move this Court, pursuant to Federal Rule of Civil Procedure 12(b), for an order dismissing the Complaint without prejudice on the ground Plaintiff has not exhausted his administrative remedies under the Prison Litigation Reform Act.

WHEREFORE, these moving Defendants pray as follows:

1. That the Complaint be dismissed in its entirety without prejudice as to these moving Defendants;

2. That Plaintiff be ordered to take nothing from these moving Defendants;

3. That judgment be entered in favor of these moving Defendants; and

4. That these moving Defendants be awarded costs of suit and attorneys' fees incurred herein.

Dated: April 21, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California

KRISTIN G. HOGUE
Supervising Deputy Attorney General

/s/ David F. Taglienti
DAVID F. TAGLIENTI
Deputy Attorney General

Attorneys for Defendants David Smith, M.Sheridan, M.X. McCurty, D. Koludrovic, Escalante, and Marquez

80220693.wpd