## DECLARATION OF SERVICE BY U.S. MAIL

Court Name:   **U.S.D.C., Southern District of California**
Case Name:    **Chrisman v. Smith, M.D.**
Case No.:     **07cv2101-IEG(LSP)**

I, the undersigned, declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 21, 2008</u>, I served the following document:

**NOTICE OF NON-ENUMERATED MOTION TO DISMISS UNDER RULE 12(b)**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' NON-ENUMERATED MOTION TO DISMISS UNDER RULE 12 (b)**

**DECLARATION OF E. FRANKLIN SUPPORT OF DEFENDANTS' NON-ENUMERATED MOTION TO DISMISS UNDER RULE 12(b)**

**DECLARATION OF N. GRANNIS SUPPORT OF DEFENDANTS' NON-ENUMERATED MOTION TO DISMISS UNDER RULE 12(b)**

I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA  92186-5266, addressed as follows:

Ronald Chrisman
819 S. 46th St.
San Diego, CA 92113
In Propria Persona

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 21, 2008, at San Diego, California.

| Tammy Larson | _Tammy Larson_ (signature) |
|---|---|
| Declarant | Signature |

80230214.wpd