EDMUND G. BROWN JR.
Attorney General of the State of California
KRISTIN G. HOGUE
Supervising Deputy Attorney General
DAVID F. TAGLIENTI, State Bar No. 131622
Deputy Attorney General
 110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2015
Fax: (619) 645-2012
E-mail: David.Taglienti@doj.ca.gov

Attorneys for Defendants David Smith, M. Sheridan,
M.X. McCurty, D. Koludrovic, Escalante, and
Marquez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHRISMAN,<br><br>                              Plaintiff,<br><br>    v.<br><br>DAVID SMITH, M. SHERIDAN, M.X. McCURTY, D. KOLUDROVIC, K. HAWTHORNE, ESCALANTE, RICHARDS, MARQUEZ, JOHN/JANE DOE, AND C. NAVAMANI,<br><br>                              Defendants. | CASE NO.: 07cv2101IEG (LSP)<br><br>DECLARATION OF E. FRANKLIN IN SUPPORT OF DEFENDANTS' NON-ENUMERATED MOTION TO DISMISS UNDER RULE 12(b)<br><br>Date:   June 2, 2008<br>Time:   10:30 a.m.<br>Courtroom: 1<br><br>Honorable Irma E. Gonzalez |

I, E. FRANKLIN, declare as follows:

1. I have worked for the California Department of Corrections and Rehabilitation (CDCR) for approximately 21 years. Since October 2007, I have been employed as the Appeals Coordinator at the Richard J. Donovan Correctional Facility (RJD) in San Diego, California, which receives inmate appeals submitted for formal level review at the institutional level. I am familiar with CDCR's inmate appeals process and the processing of inmate appeals at RJD.

///

2. This declaration is based on my personal knowledge and, if called as a witness, I would competently testify as to those matters set forth herein.

3. California Code of Regulations, title 15, section 3084.1(a) states "Any inmate or parolee under the department's jurisdiction may appeal any departmental decision, action, condition, or policy, which they can demonstrate as having an adverse effect upon their welfare."

4. There are four levels of appeal review: one (1) informal and three (3) formal levels of appeal. Cal. Code Regs. tit.15, § 3084.5. The informal level of review requires the inmate to attempt a resolution directly with prison staff on an informal basis. If the issue is not resolved at the informal level, the inmate may appeal to the first formal level of review, which is submitted at the division head level for review. If the inmate is not satisfied after the first formal level review, the inmate may submit the Inmate/Parolee Appeal (CDC-602) for a second formal level review. The second level of review is conducted by the institution head or his or her designee. If the inmate is not satisfied after the second level review, the inmate may submit the appeal directly to the Inmate Appeals Office in Sacramento, California, for a third formal level review, which constitutes the Director's decision on an appeal. A third formal level review concludes the administrative review process.

5. When an appeal is properly submitted at the formal level, it is immediately assigned a log number, regardless of its disposition, for tracking purposes and to prevent inmates from asserting staff lost the appeal. If an appeal is not properly submitted, it may be returned to the inmate, or screened-out, with instructions on how to cure the defects, if possible.

6. An inmate must appeal to each subsequent level within fifteen working days of receiving a lower level decision if he or she is dissatisfied. Cal. Regs. tit. 15, §3084.6(c). If an inmate does not receive a response, or alleges that he did not receive a response to an appeal, he can forward a request for interview slip to the Inmate Appeals Office. Upon receipt of the request, the Appeals Coordinator will review the date the appeal was completed in the Inmate Appeals Tracking System (LATS) and review the on-file copy of the appeal, noting the date the appeal was returned to the inmate and providing the inmate an extra copy if appropriate. If required, the Appeals Coordinator will conduct an interview with the appellant in person or via

1  institutional telephone in an attempt to rectify the discrepancy.

2      7. Another option for an inmate is to contact his or her assigned Correctional
3  Counselor to inquire about the status of his appeal. The inmate's counselor can call the Appeals
4  Coordinator's office to find out if the appeal has been received and to check the status of the
5  inmate's appeal.

6      8. It is also common for inmates to write to the Warden to inquire about the status of
7  their appeal(s). Once this happens, the Warden's office would either respond to the inmate's
8  inquiry directly by providing the inmate with information on whom to contact or how to proceed,
9  or would contact the Appeals Coordinator's office regarding the status of the inmate's appeal.

10     9. In my capacity as Appeals Coordinator at RJD, I have conducted a thorough review
11 of the inmate/parolee appeals tracking system at RJD and based on that review have determined
12 that Plaintiff Ronald Chrisman (CDCR #C-55019) has not submitted any CDC 602 appeal at the
13 formal level of review at RJD, including an appeal pertaining to a claim that he was not provided
14 adequate and timely medical care for a broken finger and/or broken nose.

15     I declare under penalty of perjury under the laws of the State of California that the
16 foregoing statements are true; executed this 15th day of April 2008, at San Diego, California.

17                                                _____
                                               E. FRANKLIN

18

19

20

21

22 80220694.wpd
23
24
25
26
27
28