1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  KRISTIN G. HOGUE
   Supervising Deputy Attorney General
3  DAVID F. TAGLIENTI, State Bar No. 131622
   Deputy Attorney General
4   110 West A Street, Suite 1100
    San Diego, CA 92101
5   P.O. Box 85266
    San Diego, CA 92186-5266
6   Telephone: (619) 645-2015
    Fax: (619) 645-2012
7   E-mail: David.Taglienti@doj.ca.gov

8  Attorneys for Defendants David Smith, M. Sheridan,
   M.X. McCurty, D. Koludrovic, Escalante, and
9  Marquez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHRISMAN,<br><br>                    Plaintiff,<br><br>     v.<br><br>DAVID SMITH, M. SHERIDAN, M.X. McCURTY, D. KOLUDROVIC, K. HAWTHORNE, ESCALANTE, RICHARDS, MARQUEZ, JOHN/JANE DOE, AND C. NAVAMANI,<br><br>                    Defendants. | CASE NO.: 07cv2101IEG (LSP)<br><br>DECLARATION OF N. GRANNIS IN SUPPORT OF DEFENDANTS' NON-ENUMERATED MOTION TO DISMISS UNDER RULE 12(b)<br><br>Date:       June 2, 2008<br>Time:      10:30 a.m.<br>Courtroom: 1<br><br>Honorable Irma E. Gonzalez |

I, N. GRANNIS, declare as follows:

1. I am employed by the California Department of Corrections and Rehabilitation ("CDCR") as Chief of the Inmate Appeals Branch (IAB), a position I have held for about six years. I have personal knowledge of the facts stated herein and, if called upon to testify as a witness, would competently testify to the following facts.

2. CDCR has a comprehensive administrative appeals system for inmate complaints. To exhaust this process, the inmate must proceed through an informal level and three formal

1

1  levels of review culminating in Director's level review. The IAB receives and maintains all
2  inmate appeals accepted for Director's level review and renders decisions on such appeals at the
3  Director's level, the third and final level of review in CDCR's inmate appeal process.
4      3. Upon receipt by IAB, appeals are logged into a computer database. This database
5  tracks all properly filed inmate appeals received since 1993, which have been accepted by IAB
6  and decided at the Director's Level. The database also keeps a record of inmate appeals that were
7  submitted to IAB but which were screened out by IAB because of some deficiency. Some of the
8  common reasons IAB will screen out an appeal are: the appeal was not completed through the
9  second level of review; the appeal was missing documentation or information; the appeal was
10 granted at a lower level of review; and the appeal was not timely submitted, among others.
11 I am familiar with the record keeping system at IAB, and I am able to verify the status of an
12 inmate's third-level administrative appeal.
13     4. A search of IAB's records reveals that inmate Ronald Chrisman (CDCR #C- 55019)
14 has not submitted any appeal that IAB accepted for a Director's Level decision, including an
15 appeal alleging a failure to provide him adequate and timely medical care for a broken finger and
16 broken nose.
17     I declare under penalty of perjury under the laws of the State of California that the
18 foregoing statements are true and correct; executed this 21 day of April 2008, at
19 Sacramento, California.
20                     N. GRANNIS

2

07cv2101IEG (LSP)