AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ronald Chrisman

v.

David Smith; et. al.

**JUDGMENT IN A CIVIL CASE**

FILED JUN - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CASE NUMBER: 07cv2101-IEG(LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Defendants' motion to dismiss is **GRANTED**. Plaintiff's Complaint is **dismissed without prejudice**. Plaintiff may proceed with his claims in a newly filed case. Case is closed...................

| June 9, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

J. Haslam
(By) Deputy Clerk

ENTERED ON June 9, 2008